# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DJR ASSOCIATES, LLC, d/b/a ) | |
| CHEMSTATION OF ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-cv-0593-PWG |
| ) | |
| SYNERGY TECHNOLOGIES, INC.; ) | |
| RANDY ALLEN, and JASON YORK, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On February 20, 2012, Plaintiff DJR Associates, LLC, d/b/a ChemStation of Alabama ("ChemStation") filed this action against Synergy Technologies, Inc. ("Synergy"); Randy Allen, and Jason York (collectively "Defendants"), invoking this court's jurisdiction under the diversity statute, 28 U.S.C. § 1332.  (Doc. 1 ("Complaint" or "Compl.")).  The parties have consented to exercise of plenary jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 636(c) and LR 73.2.  (Doc. 7). The cause comes to be heard on the parties' joint motion, filed July 13, 2012, for entry of a consent judgment in favor of ChemStation and against all three defendants, in the amount of $472,502.80, with costs taxed as paid.  (Doc. 5).  Upon consideration, the court concludes that the parties' joint motion is due to be GRANTED.  A separate final judgment will be entered.

**DONE** this 20th day of July, 2012.

_Paul W. Greene_ (signature)

PAUL W. GREENE
CHIEF MAGISTRATE JUDGE